David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Joseph R. Benten

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Joseph R. Benten,<br><br>   Plaintiff,<br><br> vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; SELECT PORTFOLIO SERVICING, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC;<br><br>   Defendant(s). | Case No.: **2:16-cv-00912-RFB-CWH**<br><br>**NOTICE OF SETTLEMENT BETWEEN JOSEPH R. BENTEN AND <u>EQUIFAX INFORMATION SERVICES, LLC</u>** |

  **NOTICE IS HERBY GIVEN** that the dispute between Joseph R. Benten ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Equifax, with Prejudice, within 60 days. Plaintiff requests that all pending dates

Page **1** of **2**

and filing requirements as to Equifax be vacated and that the Court set a deadline **for June 27, 2016**. ~~sixty (60) from present~~ for filing a Dismissal as to Equifax.

Dated:  May 13, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*Joseph R. Benten*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 17th day of May, 2016.