David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Joseph R. Benten*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Joseph R. Benten,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; SELECT PORTFOLIO SERVICING, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC;<br><br><br><br>    Defendants. | Case No. 2:16-cv-00912-RFB-CWH<br><br><br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO SELECT PORTFOLIO SERVICING ONLY** |

  Plaintiff Joseph R. Benten and Select Portfolio Servicing hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Select Portfolio Servicing**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: August 21, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Victoria L. Hightower
Victoria L. Hightower
Wright Finlay & Zak, LLP
7785 W. Sahara Avenue
Suite 200
Las Vegas, NV 89117

*Attorney for Defendant Select Portfolio Servicing, Inc.*

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: August 24, 2016.